# In the
# Indiana Supreme Court

In the Matter of: )   Supreme Court Cause No.
Charles P. WHITE,       )   49S00-1203-DI-156
        Respondent. )
                                                  1:12-mc-041-RLY-DML

## PUBLISHED ORDER OF INTERIM SUSPENSION UPON NOTICE OF GUILTY FINDING

The Indiana Supreme Court Disciplinary Commission, pursuant to Indiana Admission and Discipline Rule 23(11.1)(a), files a "Notice of Guilty Finding and Request for Suspension," asking that Respondent be suspended from the practice of law in this State, pending further order of this Court or final resolution of any resulting disciplinary action, due to Respondent being found guilty of a crime punishable as a felony.

The Court, being duly advised and upon careful consideration of all materials submitted, now finds that Respondent has been found guilty of the following offenses under Indiana law: Submission of a False, Fictitious, or Fraudulent Registration Application, a class D felony; two counts of Perjury, a class D felony; Voting Outside a Precinct of Residence, a class D felony; Procuring, Casting, or Tabulating a False, Fictitious, or Fraudulent Ballot, a class D felony; and Theft, a class D felony.

IT IS THEREFORE ORDERED that **Respondent is suspended *pendente lite* from the practice of law in this State, effective fifteen (15) days from the date of this order.** Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26). The interim suspension shall continue until further order of this Court or final resolution of any resulting disciplinary action, provided no other suspension is in effect.

The Clerk of this Court is directed to send notice of this Order to the Respondent or Respondent's attorney by certified or registered mail, to the Indiana Supreme Court Disciplinary Commission, and to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d). The Clerk is further directed to post this order to the Court's website, and Thomson Reuters is directed to publish a copy of this order in the bound volumes of this Court's decisions.

DONE at Indianapolis, Indiana, this 25th day of April, 2012.

                                                        Acting Chief Justice of Indiana

All Justices concur.

Charles P. White
201 State House
Indianapolis, IN 46204

I, Kevin S. Smith, Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, do hereby certify that the foregoing is a full, true, complete, and correct copy of the ORDER from cause number 49S00-1203-DI-156, as the same appears upon the official record of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this 25 day of APRIL, 2012.

By _____, Clerk
Title: ORDER