**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

IN THE MATTER OF:         )
                             )    NO.  1:12-mc-0041-RLY-DML

CHARLES P. WHITE       )

## AMENDED ORDER IMPOSING DISCIPLINE

On April 25, 2012, in a proceeding identified as No.49S00-1203-DI-156, the respondent, Charles P. White, was immediately suspended from the practice of law in the state of Indiana by the Indiana Supreme Court.  In its *Published Order of Interim Suspension Upon Notice of Guilty Finding*, the Indiana Supreme Court noted that respondent had been found guilty on five criminal felony counts.

Based upon the discipline described above, this Court entered an order allowing respondent thirty (30) days in which to show cause why reciprocal discipline should not be imposed pursuant to Rule II of the Rules of Disciplinary Enforcement of the United States District Court for the Southern District of Indiana.  Mr. White sent a response to the Order to Show Cause to the Clerk of this Court, and the Clerk's office received that response on May 30, 2012.  However, an error in processing caused that response not to be entered into the electronic docket and made available for the Court's review until after the Court issued its order of June 4, 2012.  The June 4, 2012 order imposed reciprocal discipline on Mr. White and stated that no response to the Court's Order to Show Cause had been filed.

The Court has now had an opportunity to review Mr. White's Response to Order to Show Cause, which response, in part, asks that the Court hold any ruling on the propriety of reciprocal discipline in abeyance until Mr. White can appeal his criminal convictions.  The Court is not persuaded by Mr. White's response as Rule I of the Local Rules of Disciplinary Enforcement clearly calls for an attorney to be immediately suspended from the bar of this district upon certification of a judgment of conviction for a "serious crime," which term is defined as including all felonies.  Should Mr. White's appeal of his convictions be successful, he may petition the court under this cause for reinstatement, but unless and until those convictions are overturned, his current suspension shall remain in place.

Accordingly, Charles P. White remains suspended from the practice of law before the courts of this district pursuant to the terms set forth in this Court's earlier order of June 4, 2012, and with costs as set forth in that order.

**For the Court,**

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Date: 06/11/2012

Distribution:
Charles P. White, 13086 Overview Drive, Fishers, IN 46037
Clerk, U.S. District Court
Clerk, U.S. Bankruptcy Court