U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 JUN 13  PM 2: 28

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Charles P. White<br>13086 Overview Drive<br>Fishers, IN  46037 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>■ Certified Mail   ☐ Express Mail<br>☐ Registered       ■ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 1:12-mc-041-(Give to Dan) | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0290 0003 0721 4466 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |